

FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0535

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 22-0535

NANCY VAIRA,

    Petitioner and Appellee,

-vs-

DUANE SMITH,

    Respondent and Appellant.

FILED

FEB 22 2023

Bowen Greenwood
Clerk Supreme Court
State of Montana

## ORDER EXTENDING DEADLINE FOR OPENING BRIEF TO FEBRUARY 24, 2023

Upon consideration of Appellant's Motion to Continue Deadline for Opening brief to February 24, 2023,

IT IS HEREBY ORDERED that Appellant's opening brief is due on February 14, 2023.

Dated this _22nd_ day of February, 2023.

_____
Supreme Court Justice